**IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ZARINAH ROBINSON,

Plaintiff,

v.

INNOVIS DATA SOLUTIONS, INC.,

Defendant.

No. 1:25-cv-03358-SCJ

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ZARINAH ROBINSON, and Defendant INNOVIS DATA SOLUTIONS, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-captioned action with prejudice, each party to bear its own costs and attorney's fees.

This stipulation is consistent with the terms of the Settlement Agreement entered into by the parties on July 21, 2025, confirming that the case has been completely settled.

Respectfully submitted on August 18, 2025.

/s/ Jason A. Spak
Jason A. Spak
Troutman Pepper Locke, LLP
501 Grant Street, Suite 300
Pittsburgh, PA 15219
T: 412-401-2000
E: jason.spak@troutman.com
*Counsel for Defendant*

/s/ Zarinah Robinson
Zarinah Robinson
3246 Deshong Dr.
Stone Mountain, GA 30087
tro3post@gmail.com
Plaintiff, *in propia persona*

1

318134358v1

## CERTIFICATE OF CONFERRAL AND CONSENT TO FILE

I certify that on August 18, 2025, Plaintiff *pro se* emailed me her consent to file this NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE with her e-signature.

/s/ Jason A. Spak
Jason A. Spak
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I served an as-filed copy of this NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE upon Plaintiff by email with her consent per FRCP 5(b)(2)(E).

/s/ Jason A. Spak
Jason A. Spak
*Counsel for Defendant*

2

318134358v1